UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/18/16

Joseph Sherod Cannon
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s) )*

-against-

City of New York
Zaman Muhammad
Wendi McGahee
Jean Park
Raquel Murphy
_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☑ Yes   ☐ No
(check one)

15 Civ. 8641 (JGK)

I.  **Parties in this complaint:**

A   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name  Joseph Sherod Cannon
              ID#  3491503252
              Current Institution  George R. Vierno Center
              Address  09-09 Hazen Street
                       East Elmhurst, NY 11370

B   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Zaman Muhammad          Shield #_____
                  Where Currently Employed  Vernon C. Bain Center
                  Address  1 Halleck Street
                           Bronx, NY 10474

*Rev. 01/2010*                          1

June 23rd 2015. I was produced to Manhattan Criminal Court on December 15 2015 when supposed to see the specialist. I was not produced to see the specialist on January 29th, 2016. I believe this was intentional. I was also produced to Bronx Criminal Court for no reason when supposed to see specialist. I was told by Dr Zaman Knialwined that I am dying slowly and that I have hep C worse than a normal person and that I need six months treatment which costs $200,000. I was also food poisoned. I was also sprayed on December 30th, 2015. Theres violation of Due Process + Negligence.

**Was anyone else involved?**

Correctional officers

Vittorio Torris, Kyi Kyi Soe, Stephen Asiedu, Curt Walker, Alicia Falcon, Wendy McGahee, Richard Figueroa, (Chris, Christian and draper).

**Who else saw what happened?**

III.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received

Laceration on forehead from June 17, 2015, June 23, 2015 and October 20th, 2015. Mental distress; see Kemner v. Hemphill, 199 F. Supp. 2d 1264 (N.D. Fl. 2002), Estelle v. Gamble, 429 U.S. 97, 103 (1976), Hill v. DeKalb Reg'l Youth Det. Ctr. 40 F.3d 1176, 1187 (11th Cir 1994) Jett v. Penner, 439 F.3d 1091, 1096 (9th Cir. 2006) and Smith v. Carpenter, 316 F.3d 178 (2d Cir. 2003).

IV.  Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any

Frank Lomuscio, Barack Obama, Loretta Lynch, Andrew Cuomo, Cyrus R Vance Jr, Evan Ness, Legal Aid Society, Liz Beal, Nathan Semel, Sonia Sotomayor, Agnes Baik, Claire Galess, Barbara Hamilton

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies

consistently sending letters, motions and complaints to attorneys, courts, and public officials

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I am demanding

$ 9,000,000 (nine million dollars)
$ 1,800,000 cruel and unusual punishment
$ 1,800,000 punitive damages
$ 1,800,000 mental distress
$ 1,800,000 nominal damages
$ 1,800,000 compensatory damages

*Rev 01/2010*                    5

6. Is the case still pending? Yes ✓ No ___
   If NO, give the approximate date of disposition ___

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ___

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1st day of February, 2016

Signature of Plaintiff ___
Inmate Number   3491503752
Institution Address   George R. Vierno Center
09-09 Hazen Street
East Elmhurst, New York
11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 2nd day of February, 2016 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff ___

*Rev 01/2010*                                              7